



EXHIBIT B






