**amazon** Prime

Office Products

The perfect gi

Departments · Your Amazon.com · Today's Deals · Gift Cards & Registry · Sell · Help

Hello. Sign in
Account & Lists ·

Office Products · Office Deals · Printers · Ink & Toner · Office Electronics · School Supplies · Fine Writing · School Lists · Pens & Writing · Calendars & Planners · Shipping & Moving

Office Products › Office & School Supplies › Forms, Recordkeeping & Money Handling › Key Tags & Chains



Roll over image to zoom in

ThorKey

Compact Smart Key Holder by ThorKey - Key Organizer Made Of Durable, Premium Aluminum - Up To 10 Keys & Tools - EDC Swiss Design - Practical Multi Tool key holder

★★★★☆ ▾ 195 customer reviews | 21 answered questions

Price: $29.99
Sale: $18.99 ✓Prime | **Fast, FREE Shipping** with Amazon Prime
You Save: $11.00 (37%)

**Buy 2, get 10% off** 5 Applicable Promotion(s) ▾

In Stock.
**Want it TODAY, Feb. 1?** Order within 2 hrs 46 mins and choose Same-Day/One-Day Delivery at checkout. Details
Sold by VikingGear and Fulfilled by Amazon. Gift-wrap available

Color: **Black**

- DURABLE ALUMINUM ALLOY: Forget about poor quality key holders that are cheaply made and get easily broken. The THORKEY key organizers are made of top materials which makes them very durable.
- MODERN, STYLISH AND COMPACT DESIGN: This top quality keychain features a very practical, compact design that makes it perfect to fit your pockets. Clutter and holes in your pockets are a thing of the past with the THORKEY. Your keys are stored neatly with the space saving design.
- PERFECTLY ORGANIZED KEYS: The THORKEY organizer can hold up to 10 different keys or tools and is the perfect key holder to serve all your needs. It tightly holds the keys together and it eliminates the frustrating jingling sound all key bundles produce.
- PERFECT GIFT! This key holder is practical, stylish and makes the perfect gift for any friend or family member who struggles to keep their keys straight or fit all of their keys into one pocket. The perfect gift for man and woman!
- 100% RISK FREE PURCHASE: Providing you with the friendliest customer service is our number one goal. This is why we offer you a money back guarantee in case this key organizer does not live up to your expectations.

New (1) from $18.99 & FREE shipping on orders over $49.00. Details

GLAREE
*Here is Upgraded Portable Keychain EDC Flashlight*
› Shop now


Glaree E03 Keychain Flashlight CREE LED 150 Lumens Mini Torch AAA Battery EDC Pocke...
★★★★☆ 86
$29.95 $10.95 ✓Prime

Ad feedback ▯


**EXHIBIT B**











Roll over image to zoom in