Office Products › Office & School Supplies › Forms, Recordkeeping & Money Handling › Key Tags & Chains





### Compact Smart Key Holder by ThorKey - Key Organizer Made Of ... minum - Up To C Swiss Design - ey holder

...eviews

...ping on orders over $35.

...r within **23 hrs 34 mins** and ...kout. Details
... Amazon. Gift-wrap

... Forget about poor quality ...de and get easily broken. ...are made of top materials

...PACT DESIGN: This top ...practical, compact design ...ockets. Clutter and holes in your pockets are a thing of the past with the THORKEY. Your keys are stored neatly with the space saving design.
- PERFECTLY ORGANIZED KEYS: The THORKEY organizer can hold up to 10 different keys or tools and is the perfect key holder to serve all your needs. It tightly holds

EXHIBIT C

Roll over image to zoom in

Share

Qty: 1 ▾

☐ Yes, I want **FREE Two-Day Shipping** with Amazon Prime

[ Add to Cart ]

Turn on 1-Click ordering for this browser

Ship to:

LOSANGELES, CA 90001

[ Add to List ]

Have one to sell?   [ Sell on Amazon ]

## GLAREE

**Happy Holiday with your Gift Key Chain Flashlights**



**GLAREE E03 Keychain Flashlight CREE LED 150 Lumens Mini Torch A...**
107
~~$28.95~~ **$10.95**

Case: 1:17-cv-01363 Document #: 1-3 Filed: 02/23/17 Page 2 of 2 PageID #:23

Ad feedback

the keys together and it eliminates the frustrating jingling sound all key bundles produce.

- PERFECT GIFT: This key holder is practical, stylish and makes the perfect gift for any friend or family member who struggles to keep their keys straight or fit all of their keys into one pocket. The perfect gift for man and woman!
- 100% RISK FREE PURCHASE: Providing you with the friendliest customer service is our number one goal. This is why we offer you a money back guarantee in case this key organizer does not live up to your expectations.

**New** (1) from $17.99 & FREE shipping on orders over $35.00. Details

 Taking the guesswork out of choosing a great projector
Shop now ›

## Sponsored Products Related To This Item (What's this?)











| KeySmart Rugged Key Holder \| Multi-Tool Style Compact Key Chain and Key Organizer - Black | KeySmart - Compact Key Holder (2-10 Keys, Blue) | NEW QUALITY Real Leather Smart Key Tag Holder Perfect Gift Modern Organizer with… | KEYSTAND 20PGF Framed with 20 Numbered Hooks for Executive Offices | Retractable Key Chain Reel Rings– Id-Badge– Belt Clip & Chain Pull For Men, Women, Boys,… | Sl Mi Sl W |
|---|---|---|---|---|---|
| 41 | 1,447 | 3 | | 5 | |
| $34.98 | $19.98 | $19.95 | $49.95 | $6.99 | $1 |

Ad feedback